

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| William W. Frey, Appellant | Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-12-40619). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. |
| No. 06-12-00074-CV          v. | |
| Donnie Foster, Sheriff of Fannin County, Fannin County, Dr. Jagdish Shah, Community Education Centers Inc., Appellees | |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with the opinion.

We further order that the appellees pay all costs of this appeal.

RENDERED DECEMBER 21, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk